# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.  WOLFE    [1]    08CR1542-WQH

The Honorable:  ANTHONY J. BATTAGLIA

Atty  MICHAEL LIPMAN    for  [1]  -  S/A
Atty  ____    for  [ ]  -
Atty  ____    for  [ ]  -

AJB08-1: 1412-1419

Attorney Michael Lipman - (S/A)
Ausa: Rebecca Kanter

SURR: 05/20/08
F/A: 05/20/08

Governments Oral Motion to Unseal Indictment - Granted.

Defendant arraigned on Indictment and Plead Not Guilty

Court sets bail in the amount of $25,000 P/S secured by the signatures of the defendant and his wife. Conditions of release filed.

Motion Hearing/Trial Setting set for 06/30/08 @ 2pm before Judge Hayes.

Status Hearing re Counsel set for 06/05/08 @ 1:30 p.m. before Magistrate Judge Battaglia.

Bond posted in court. Abstract Order issued to the U.S. Marshal for defendants fingerprint and release.

Date:  05/20/08

END OF FORM

by YMM