| | |
|---|---|
| 1 | Michael L. Lipman (State Bar No. 66605) |
| | Barbara Howe Murray (State Bar No. 177254) |
| 2 | **COUGHLAN, SEMMER & LIPMAN, LLP** |
| | 501 West Broadway, Suite 400 |
| 3 | San Diego, CA 92101 |
| | (619) 232-0800 |
| 4 | (619) 232-0107 (Fax) |
| 5 | Attorneys for Defendant |
| | CLIFFORD J. WOLF |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1542WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF GENERAL APPEARANCE** |
| vs. | ) | **ON BEHALF OF CLIFFORD J. WOLF** |
| | ) | |
| CLIFFORD J. WOLF, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Coughlan, Semmer & Lipman, LLP, by Michael L. Lipman and Barbara H. Murray, hereby makes a general appearance on behalf of Clifford J. Wolf.

DATED: June 4, 2008          **COUGHLAN, SEMMER & LIPMAN, LLP**


By   /s Michael L. Lipman
     Michael L. Lipman
     Barbara H. Murray
     Attorneys for Defendant
     CLIFFORD WOLF

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF GENERAL APPEARANCE ON BEHALF OF CLIFFORD J. WOLF was served this date upon the following electronically via CM/ECF:

> AUSA Rebecca Kanter
> United States Attorney's Office
> Southern District of California
> 880 Front Street, Room 6293
> San Diego, CA 92101-8893

San Diego, California, June 4, 2008.

> s/ Michael L. Lipman
> Michael L. Lipman