KAREN P. HEWITT
United States Attorney
REBECCA S. KANTER
Assistant U.S. Attorney
California State Bar No. 230257
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Phone: (619) 557-6747
Fax: (619) 235-2757
E-mail: rebecca.kanter@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLIFFORD J. WOLF, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 08CR1542-WQH <br><br> JOINT MOTION FOR A <br> PROTECTIVE ORDER <br> REGARDING DISCOVERY |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen. P. Hewitt, United States Attorney, and Rebecca S. Kanter, Assistant United States Attorney, and defendant Clifford J. Wolf ("Defendant"), by and through his counsel, Michael Lipman and Barbara Murray, Coughlan, Semmer & Lipman, LLP, and hereby jointly move this court for a protective order in the above-referenced case.

Defendant is charged with violations of Title 18, United States Code, Section 1347 – Health Care Fraud. In the course of discovery in this matter, defendant has requested production and review of documentary evidence in the possession of the government which contains individually identifiable information disclosing medical and other personal information about patients who are not parties to this proceeding. The underlying substantive

facts in this documentary evidence may be material and necessary to the prosecution and/or defense of this proceeding. To expedite the production of discovery material and to adequately protect the individually identifiable health information, the parties agree and stipulate that materials containing individually identifiable personal or health information will be handled in accordance with the conditions set forth below.

In order to protect the confidentiality of this information, the parties move pursuant to Federal Rule of Criminal Procedure 16(d)(1) and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514") pertaining to privacy matters, for the following protective order:

1. All discovery produced by the United States in this case is for use by defendant and defense counsel ("the Defense") for investigating, preparing for trial, trial, and any appeals of this matter (if applicable) and for no other purpose. Discovery produced by the United States may not be further disseminated in any way to any other person or entity.

2. The Defense shall take all reasonable steps to (a) maintain the confidentiality of the discovery and (b) safeguard the discovery produced in this case from inadvertent disclosure or review by any third party.

3. The Defense may share discovery materials with any paralegals, investigators, consultants, contractors or experts retained by the Defense in connection with this case provided that the Defense informs any such individual(s) of this Joint Motion and Protective Order.

4. The Defense may show percipient witnesses discovery materials as necessary for the preparation of the defense, but percipient witnesses may not be given copies of the materials. The Defense agrees to redact any individually identifiable health information appearing on any document shown to a percipient witness, unless redaction is impracticable or would defeat the purpose of the interview.

5. To the extent that any of the above-reference criminal discovery materials contain personal and medical information of individual(s) who are not a party to

1  these proceedings, within the meaning of General Order 514, any filings referencing or
2  containing said materials must be redacted in a manner consistent with said General Order.
3        6.    Within ninety days (90) of the conclusion of the proceedings in the
4  above-referenced case, including any appeal, the Defense shall return the discovery and any
5  and all copies of the discovery to the United States, or certify the destruction of the discovery
6  and all copies.

    SO STIPULATED.

DATED:_____            /s/ *Rebecca Kanter*
                                             REBECCA S. KANTER
                                             Assistant United States Attorney

DATED:_____            /s/ *Michael Lipman*
                                             MICHAEL LIPMAN
                                             Attorney for Defendant Clifford J. Wolf

DATED:_____            /s/ *Barbara Murray*
                                             BARBARA H. MURRAY
                                             Attorney for Defendant Clifford J. Wolf

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 08CR1542-WQH |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| CLIFFORD J. WOLF, | ) | |
| Defendant. | ) | |

**IT IS HEREBY CERTIFIED that:**

I, REBECCA S. KANTER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **JOINT MOTION FOR PROTECTIVE ORDER** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Michael Lipman, Coughlan, Semmer & Lipman
Barbara Murray, Caughlan, Semmer & Lipman

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2008.

                                                /s/ ***Rebecca Kanter***
                                                REBECCA S. KANTER