Michael L. Lipman (State Bar No. 66605)
Barbara Howe Murray (State Bar No. 177254)
**COUGHLAN, SEMMER & LIPMAN, LLP**
501 West Broadway, Suite 400
San Diego, CA 92101
(619) 232-0800
(619) 232-0107 (Fax)

Attorneys for Defendant
CLIFFORD J. WOLF

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR1542WQH |
| Plaintiff, | **JOINT MOTION FOR CONTINUANCE OF MOTION HEARING AND TRIAL SETTING DATE AND EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| CLIFFORD J. WOLF, | |
| Defendant. | Date:      June 30, 2008<br>Time:      2:00 p.m.<br>Courtroom: 4<br>Judge:     The Honorable William Q. Hayes |

Defendant CLIFFORD J. WOLF and Plaintiff UNITED STATES OF AMERICA, by and through their respective counsel, respectfully submit the following joint motion by which the parties request that the Court continue the motion hearing and trial setting date set for June 30, 2008 and exclude time under the Speedy Trial Act.

**I.    STATEMENT OF FACTS**

On May 13, 2008, the Government returned a sealed indictment against Clifford Wolf. On May 20, 2008, Dr. Wolf appeared before the Honorable Anthony J. Battaglia for his arraignment and he entered a plea of not guilty. Judge Battaglia unsealed the indictment at this hearing. Michael Lipman made a special appearance on behalf of Dr. Wolf. Mr. Lipman informed the Court that Dr. Wolf had not yet retained Coughlan, Semmer & Lipman, LLP in the

1  matter. Thus, Judge Battaglia ordered that the parties appear before Judge Battaglia on June 6,
2  2008 in order to report on the status of the representation of Dr. Wolf. Moreover, Judge
3  Battaglia ordered the parties to appear before the Honorable William Q. Hayes on June 30, 2008
4  for a motion hearing and trial setting. Based on this date, motions must be filed by June 9, 2008.
5      On June 4, 2008, Dr. Wolf retained Coughlan, Semmer & Lipman to represent him in this
6  matter. Thus, Coughlan, Semmer & Lipman, LLP entered a Notice of General Appearance on
7  June 4, 2008.
8      Following the arraignment on May 20, 2008, Assistant U.S. Attorney Rebecca S. Kanter
9  gave Dr. Wolf's counsel a draft Stipulation and [Proposed] Protective Order designed to protect
10 individually identifiable information disclosing medical information about patients that is
11 included in some of the discovery that will be made available to the defense. On May 29, 2008,
12 Dr. Wolf's counsel provided Ms. Kanter with proposed revisions to the draft stipulation. On
13 June 4, 2008, Ms. Kanter provided Dr. Wolf's counsel with a revised Protective Order and a
14 Joint Request for a Protective Order. The parties submitted the Joint Request for a Protective
15 Order to Judge Battaglia on June 9, 2008. The defense has not received any discovery from the
16 Government in this matter. Moreover, the affidavit in support of the search warrant in this case
17 has not yet been unsealed.
18     The parties request that the motion hearing and trial setting date of June 30, 2008 be
19 changed to a status conference during which the parties can report on the status of discovery and
20 propose an alternate motion hearing and trial setting date. Moreover, because Ms. Kanter will be
21 out of the country during the entire week of June 30, 2008, the parties request that the status
22 conference be continued to July 14, 21 or 28, 2008.
23 **II.    ARGUMENT**
24     The Speedy Trial Act provides that in any case in which a plea of not guilty is entered,
25 the trial of a defendant charged in an indictment with the commission of an offense must
26 commence within 70 days from the filing date (and making public) of the information or
27 indictment. 18 U.S.C. § 3161(c)(1). However, Section 3161(h) sets forth several types of
28 "excludable delay." Pre-trial "excludable delay" does not count toward the seventy day limit.

1  United States v. Clymer, 25 F.3d 824, 827 (9th Cir. 1994). "Excludable time includes delay
2  resulting from a grant of continuance." United States v. Butz, 982 F.2d 1378, 1381 (9th Cir.
3  1993), cert. denied, 114 S.Ct. 250 (1993).  The Speedy Trial Act provides an exclusion for this
4  period of delay "if the judge grant[s] such continuance on the basis of ... findings that the ends of
5  justice served ... outweigh the best interest of the public and the defendant in a speedy trial."  18
6  U.S.C. §3161(h)(8)(A).  A continuance of the motion hearing and trial setting date on the
7  grounds that Dr. Wolf did not retain Coughlan, Semmer & Lipman, LLP until June 4, 2008, the
8  government has not provided Dr. Wolf with any discovery, counsel for Dr. Wolf is not able to
9  prepare and file substantive motions by the June 9, 2008 due date, and the Assistant U.S.
10 Attorney will be out of the country during the week of June 30, 2008 falls within this criteria.
11 Thus, the parties request that any period of delay resulting from the continuance of the motion
12 hearing and trial setting date be excluded for purposes of the Speedy Trial Act.  Moreover,
13 pursuant to 18 U.S.C. §3161(h)(1)(A), the parties request that the period of delay from Dr. Wolf'
14 arraignment on May 20, 2008 to the filing of a Notice of General Appearance on June 4, 2008
15 following Dr. Wolf's retention of counsel be excluded.  Finally, pursuant to 18 U.S.C.
16 §(h)(1)(F), the parties request that the period of delay resulting from the filing of the Motion for
17 a Continuance to the date of the ruling on the motion be excluded.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

### III. CONCLUSION

For the foregoing reasons, the parties request that this Court enter an order converting the June 30, 2008 motion hearing and trial setting date to a status conference, and continuing the status conference date to July 14, 21 or 28, 2008.

Counsel for Dr. Wolf and counsel for the United States consent to the use of their electronic signatures on this joint motion.

DATED: June 9, 2008						Respectfully submitted,

**COUGHLAN, SEMMER & LIPMAN, LLP**

By:	s/ Barbara H. Murray
	Michael L. Lipman
	Barbara Howe Murray
	Attorneys for Defendant
	Clifford J. Wolf

DATED: June 9, 2008						**KAREN P. HEWITT**
								**UNITED STATES ATTORNEY**

By:	s/ Rebecca S. Kanter
	Rebecca S. Kanter
	Attorneys for Plaintiff

@PFDesktop\::ODMA/PCDOCS/CSL/67378/1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this date upon the following electronically via CM/ECF:

>AUSA Rebecca S. Kanter
>United States Attorney's Office
>Southern District of California
>880 Front Street, Room 6293
>San Diego, CA 92101-8893
>rebecca.kanter@usdoj.gov

San Diego, California, June 9, 2008.

*s/ Barbara H. Murray*
Barbara H. Murray