1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                            SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )    Criminal Case No. 08CR1542-WQH
11                                    )
                  Plaintiff,          )
12                                    )
        v.                            )
13                                    )    PROTECTIVE ORDER
                                      )    REGARDING DISCOVERY
14   CLIFFORD J. WOLF,                )
                                      )
15                                    )
                  Defendant.          )
16   _____)

17         Pursuant to the joint motion of the parties, Federal Rule of Criminal Procedure 16(d)(1) and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514") pertaining to privacy matters, it is hereby ORDERED as follows:

        1.    All discovery produced by the United States in this case is for use by defendant and defense counsel ("the Defense") for investigating, preparing for trial, trial, and any appeals of this matter (if applicable) and for no other purpose. Discovery produced by the United States may not be further disseminated in any way to any other person or entity.

        2.    The Defense shall take all reasonable steps to (a) maintain the confidentiality of the discovery and (b) safeguard the discovery produced in this case from inadvertent disclosure or review by any third party.

1    3. The Defense may share discovery materials with any paralegals, investigators, consultants, contractors or experts retained by the Defense in connection with this case provided that the Defense informs any such individual(s) of this Joint Motion and Protective Order.

4. The Defense may show percipient witnesses discovery materials as necessary for the preparation of the defense, but percipient witnesses may not be given copies of the materials. The Defense agrees to redact any individually identifiable health information appearing on any document shown to a percipient witness, unless redaction is impracticable or would defeat the purpose of the interview.

5. To the extent that any of the above-reference criminal discovery materials contain personal and medical information of individual(s) who are not a party to these proceedings, within the meaning of General Order 514, any filings referencing or containing said materials must be redacted in a manner consistent with said General Order.

6. Within ninety days (90) of the conclusion of the proceedings in the above-referenced case, including any appeal, the Defense shall return the discovery and any and all copies of the discovery to the United States, or certify the destruction of the discovery and all copies.

IT IS SO ORDERED.

DATED: June 11, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

08cr1542-WQH