1  Michael L. Lipman (State Bar No. 66605)
   Barbara Howe Murray (State Bar No. 177254)
2  **COUGHLAN, SEMMER & LIPMAN, LLP**
   501 West Broadway, Suite 400
3  San Diego, CA 92101
   (619) 232-0800
4  (619) 232-0107 (Fax)

5  Attorneys for Defendant
   CLIFFORD J. WOLF
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         ) CASE NO. 08CR1542WQH
                                     )
12                                   )
              Plaintiff,             ) **JOINT MOTION FOR WAIVER OF**
13                                   ) **DEFENDANT'S APPEARANCE**
       vs.                           )
14                                   ) Date:      July 25, 2008
   CLIFFORD J. WOLF,                 ) Time:      9:30 a.m.
15                                   ) Courtroom: 4
              Defendant.             ) Judge:     The Honorable William Q. Hayes
16                                   )
                                     )
17                                   )
                                     )
18 _____)

19     Defendant CLIFFORD J. WOLF and Plaintiff UNITED STATES OF AMERICA, by and

20 through their respective counsel, respectfully submit the following joint motion by which Dr.

21 Wolf requests that the Court waive defendant Clifford J. Wolf's appearance at the Status and

22 Discovery Conference set for July 25, 2008 and at all other pretrial appearances other than

23 hearings on substantive motions based on the following facts:

24     On May 13, 2008, the Government returned a sealed indictment against Clifford Wolf.

25 On May 20, 2008, Dr. Wolf appeared before the Honorable Anthony J. Battaglia for his

26 arraignment and he entered a plea of not guilty. Dr. Wolf, who is a podiatrist, is free on a

27 $25,000 unsecured bond that is cosigned by his wife. Dr. Wolf appeared before this Court for a

28 status conference on June 23, 2008 during which this Court set a further status and discovery

1 conference for July 25, 2008.

2 If the Court grants the parties' request for a waiver of Dr. Wolf's appearance, Dr. Wolf will file a written waiver of defendant's presence, which shall state that he requests the Court to proceed during every absence of his which the Court may permit pursuant to the waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if he himself were personally present in court, and further agrees to be present in person in court on any day and hour which the court may fix in his absence for hearing on a substantive motion or trial.

For the foregoing reasons, Dr. Wolf requests that this Court enter an order waiving his appearance at the July 25, 2008 hearing and at all other pretrial appearances except for hearings on substantive motions. Assistant U.S. Attorney Rebecca Kanter does not oppose this request.

Counsel for Dr. Wolf and counsel for the United States consent to the use of their electronic signatures on this joint motion.

DATED: June 30, 2008                    Respectfully submitted,

                                        **COUGHLAN, SEMMER & LIPMAN, LLP**

                                        By:   s/ Barbara H. Murray
                                              Michael L. Lipman
                                              Barbara Howe Murray
                                              Attorneys for Defendant
                                              Clifford J. Wolf

DATED: June 30, 2008                    **KAREN P. HEWITT**
                                        **UNITED STATES ATTORNEY**


                                        By:   s/ Rebecca S. Kanter
                                              Rebecca S. Kanter
                                              Attorneys for Plaintiff


@PFDesktop\::ODMA/PCDOCS/CSL/67678/1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this date upon the following electronically via CM/ECF:

>AUSA Rebecca S. Kanter
>United States Attorney's Office
>Southern District of California
>880 Front Street, Room 6293
>San Diego, CA 92101-8893
>rebecca.kanter@usdoj.gov

San Diego, California, June 30, 2008.

>*s/ Barbara H. Murray*
>Barbara H. Murray