Michael L. Lipman (State Bar No. 66605)
Barbara Howe Murray (State Bar No. 177254)
**COUGHLAN, SEMMER & LIPMAN, LLP**
501 West Broadway, Suite 400
San Diego, CA 92101
(619) 232-0800
(619) 232-0107 (Fax)

Attorneys for Defendant
CLIFFORD J. WOLF

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR1542WQH |
| Plaintiff, | **DECLARATION OF BARBARA H. MURRAY IN SUPPORT OF COURT TO FIND EXCLUDABLE TIME UNDER 18 U.S.C. §§ 3161(h)(1)(F) AND 3161(h)(8)(A) AND TO DESIGNATE CASE COMPLEX UNDER 18 U.S.C. §3161(h)(8)(B)(ii)** |
| vs. | |
| CLIFFORD J. WOLF, | |
| Defendant. | Date: July 25, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Judge: The Honorable William Q. Hayes |

I, Barbara H. Murray, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and am an attorney with the law firm of Coughlan, Semmer & Lipman, LLP, attorneys for Clifford Wolf in this matter.

2. I submit this declaration in support of the Joint Motion for Court to Find Excludable Time Under 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A) and to Designate Case Complex Under 18 U.S.C. §3161(h)(8)(B)(ii).

3. Although only seven patients are listed in the indictment, the government has produced documents in discovery which indicate that Dr. Wolf billed Medicare for the incision and drainage procedure with respect to hundreds of patients over a several year period.

1  Specifically, the government produced a spreadsheet which lists several hundred patients for
2  whom the code for incision and drainage was billed to Medicare from January 1, 2003 to
3  December 31, 2006.
4      4.   Assistant U.S. Attorney Rebecca Kanter informed me on June 18, 2008 that
5  discovery in this case includes hundreds of patient files for similarly situated patients and in
6  excess of twenty boxes of medical billing records for these patients. We anticipate needing
7  significant time to review these voluminous medical and billing records, which likely constitute
8  tens of thousands of pages of discovery.
9      5.   Even after we complete our review of discovery, we anticipate needing to analyze
10 the medical procedures performed on several hundred patients over a several year period. We
11 will need to interview scores of patients and engage experts regarding medical and billing issues.
12     6.   It is my understanding that government has estimated that its case in chief will last
13 approximately two to three weeks. Although we are not yet in a position to estimate the length of
14 a defense, it will likely be of similar length.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and if called as a witness I could and would competently testify thereto.

Executed this 30th day of June, 2008, at San Diego, California.

s/Barbara H. Murray
Barbara H. Murray

@PFDesktop\::ODMA/PCDOCS/CSL/67682/1

- 2 -

Case No. 08CR1542WQH