## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this date upon the following electronically via CM/ECF:

> AUSA Rebecca S. Kanter
> United States Attorney's Office
> Southern District of California
> 880 Front Street, Room 6293
> San Diego, CA 92101-8893
> rebecca.kanter@usdoj.gov

San Diego, California, June 30, 2008.


*s/ Barbara H. Murray*
Barbara H. Murray

Case No. 08CR1542WQH