Michael L. Lipman (State Bar No. 66605)
Barbara Howe Murray (State Bar No. 177254)
**COUGHLAN, SEMMER & LIPMAN, LLP**
501 West Broadway, Suite 400
San Diego, CA 92101
(619) 232-0800
(619) 232-0107 (Fax)

Attorneys for Defendant
CLIFFORD J. WOLF

FILED
JUL - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CLIFFORD J. WOLF, <br><br> Defendant. | CASE NO. 08CR1542WQH <br><br> [PROPOSED] ORDER GRANTING JOINT MOTION FOR WAIVER OF DEFENDANT'S PRESENCE |

## <u>ORDER</u>

Upon consideration of the Joint Motion for Waiver of Defendant's Presence,

IT IS HEREBY ORDERED that Clifford Wolf's presence is waived for the status and discovery conference set for July 25, 2008, and for all other pretrial appearances except for hearings on substantive motions. IF IS FURTHER ORDERED that Clifford Wolf shall file a written Waiver of Defendant's Presence as outlined in the parties' Joint Motion.

Dated: 7/1/08

HON. WILLIAM Q. HAYES
United States District Court Judge

- 1 -

Case No. 08CR1542WQH