Michael L. Lipman (State Bar No. 66605)
Barbara Howe Murray (State Bar No. 177254)
**COUGHLAN, SEMMER & LIPMAN, LLP**
501 West Broadway, Suite 400
San Diego, CA 92101
(619) 232-0800
(619) 232-0107 (Fax)

Attorneys for Defendant
CLIFFORD J. WOLF

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1542WQH |
| | ) | |
| Plaintiff, | ) | **WAIVER OF DEFENDANT'S** |
| | ) | **APPEARANCE** |
| vs. | ) | |
| | ) | |
| CLIFFORD J. WOLF, | ) | Courtroom: 4 |
| | ) | Judge:   The Honorable William Q. Hayes |
| Defendant. | ) | |

Defendant Clifford J. Wolf hereby waives the right to be present in person in open court at the Status and Discovery Conference set for July 25, 2008 and at all other pretrial appearances other than hearings on substantive motions.  Dr. Wolf requests the Court to proceed during every absence of his which the Court may permit pursuant to the waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if he himself were personally present in court, and further agrees to be present in person in court on any day and hour which the court may fix in his absence for hearing on a substantive motion or trial.

Dated: July **7**, 2008                              _____
                                                      Clifford J. Wolf

Dated: July __, 2008                              COUGHLAN, SEMMER & LIPMAN, LLP

                                                      By:   s/ Barbara H. Murray
                                                          Michael L. Lipman
                                                          Barbara Howe Murray
                                                          Attorneys for Defendant Clifford J. Wolf

- 1 -

Michael L. Lipman (State Bar No. 66605)
Barbara Howe Murray (State Bar No. 177254)
**COUGHLAN, SEMMER & LIPMAN, LLP**
501 West Broadway, Suite 400
San Diego, CA 92101
(619) 232-0800
(619) 232-0107 (Fax)

Attorneys for Defendant
CLIFFORD J. WOLF

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1542WQH |
| | ) | |
| Plaintiff, | ) | **WAIVER OF DEFENDANT'S** |
| | ) | **APPEARANCE** |
| vs. | ) | |
| | ) | |
| CLIFFORD J. WOLF, | ) | Courtroom: 4 |
| | ) | Judge:   The Honorable William Q. Hayes |
| Defendant. | ) | |

Defendant Clifford J. Wolf hereby waives the right to be present in person in open court at the Status and Discovery Conference set for July 25, 2008 and at all other pretrial appearances other than hearings on substantive motions.  Dr. Wolf requests the Court to proceed during every absence of his which the Court may permit pursuant to the waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if he himself were personally present in court, and further agrees to be present in person in court on any day and hour which the court may fix in his absence for hearing on a substantive motion or trial.

Dated: July __, 2008

_____
Clifford J. Wolf

Dated: July 10, 2008

COUGHLAN, SEMMER & LIPMAN, LLP

By:___s/ Barbara H. Murray_____
Michael L. Lipman
Barbara Howe Murray
Attorneys for Defendant Clifford J. Wolf

- 1 -

1

**<u>CERTIFICATE OF SERVICE</u>**

2

3          I hereby certify that a copy of the foregoing was served this date upon the following

4    electronically via CM/ECF:

5              AUSA Rebecca S. Kanter
               United States Attorney's Office
6              Southern District of California
               880 Front Street, Room 6293
7              San Diego, CA 92101-8893
               rebecca.kanter@usdoj.gov
8

9        San Diego, California, July 10, 2008.

10

11
                                    *s/ Barbara H. Murray*
12                                  Barbara H. Murray

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -